**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**CIVIL CASE NO.:**

DARRYL WRIGHT,

        Plaintiff,

vs.

SECURITY CREDIT SERVICES, LLC and
MRS BPO, LLC,

        Defendants.
_____/

**NOTICE OF REMOVAL - FEDERAL QUESTION**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Pursuant to 28 U.S.C. §§ 1331 and 1441 *et seq.*, and 15 U.S.C. § 1692 *et seq.*, Defendant MRS BPO, LLC ("MRS"), hereby gives notice of removal of this cause of action, under the caption *Darryl Wright vs. Security Credit Services, LLC and MRS BPO, LLC* from the County Court in and for Hillsborough County, Florida, Civil Division, under Case No.: 18-CC-040743 Division J ("State Court Action") to the United States District Court for the Middle District of Florida, Tampa Division. In support of removal, MRS, by and through its attorneys, states as follows:

    1.    On July 25, 2018, Plaintiff Darryl Wright ("Plaintiff") filed this action in the County Court in and for Hillsborough County, Florida, Civil Division, under Case No.: 18-CC-040743 Division J. A copy of the notice to appear for pretrial conference/mediation and complaint and demand for jury trial is attached and marked as Exhibit "A".

    2.    Plaintiff served MRS via its service of process, Cogency Global, Inc., on July 31, 2018. This removal is timely pursuant to 28 U.S.C. § 1446(b).

3. This action is a civil action of which this Honorable Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by MRS pursuant to 28 U.S.C. § 1441(a) in that it presents a federal question, wherein Plaintiff alleges violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq* and the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* This Court is the proper district for removal because the County Court in and for Hillsborough County, Florida, Civil Division is located within the jurisdiction of the United States District Court for the Middle District of Florida.

4. The undersigned is not aware of any other documents that have been filed in this matter.

5. The undersigned has conferred with Security Credit Services, LLC, which has indicated that its consents to the removal of this matter.

6. Concurrent with the filing of this Notice of Removal, written notice of its filing is being served pursuant to 28 U.S.C. § 1446(d) upon Plaintiff's counsel and filed with the County Court in and for Hillsborough County, Florida, Civil Division.

WHEREFORE, MRS requests that further proceedings in the County Court in and for Hillsborough County, Florida, Civil Division, be discontinued and that this action be removed in its entirety to the United States District Court for the Middle District of Florida, which will then assume full jurisdiction over this cause of action.

4193914v1

Dated: August 29, 2018

Ronald S. Canter, Esquire
Bar # 335045
The Law Offices of Ronald S. Canter, LLC
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Telephone: (301) 424-7490
Facsimile: (301) 424-7470
rcanter@roncanterllc.com
*Attorney for Defendant MRS BPO, LLC*

*Local address:*
400 S. Dixie Hwy #322
Boca Raton, Florida 33432

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual(s) listed below by first class mail, postage prepaid on this 29th day of August, 2018:

Thomas M. Bonan, Esq.
Seraph Legal, PA
2002 E. 5th Avenue, Suite 104
Tampa, FL 33605
*Counsel for Plaintiff*

Security Credit Services LLC
1201 Hays Street
Tallahassee, FL 32301
*Defendant*

Ronald S. Canter, Esquire
*Attorney for Defendant*
*MRS BPO, LLC*

3

4193914v1